Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com

RECEIVED

JUN 21 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ROBERT ANDERSON, Plaintiff, Pro Se | Case No. 3:21-cv-00139-JMK |
| v. | **Notice of Related Cases pursuant to L. Civ. R. 16.1(e)** |
| MUNICIPALITY of ANCHORAGE, Defendant. | |

Court: Superior Court for the State of Alaska Third Judicial District at Anchorage

Title: Anderson v State of Alaska

Case Number: 3AN-00-11687 CI

Filling Date: November 1, 2000

Related Matter to Case No. 3:21-cv-00139-JMK: Facial challenge to constitutionally of Alaska Statute 29.45.130 Independent investigation as amended § 1 ch

4 Session Laws of Alaska 1999.

Status: Summary Judgment granted to the State of Alaska May 1, 2001.

I declare under penalty of perjury that this information is true and correct.

Dated June 18, 2021.

Robert Anderson

Robert Anderson, Pro Se

Certificate of Service

I certify that a copy of the above was served, by first class U.S. Mail to Municipality of Anchorage Office of the Municipal Attorney at PO Box 196650, Anchorage, Ak. 99519-6650 on June 18, 2021.

June 18, 2021

Date

Robert Anderson

Signature

Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| ROBERT ANDERSON,<br><br>Plaintiff,<br>Pro Se<br><br>v.<br><br>MUNICIPALITY of ANCHORAGE,<br><br>Defendant. | ) | Case No. 3:21-cv-00139-JMK<br><br>**PROOF OF SERVICE**<br><br>**Federal Rule of Civil Procedure 4 *(l)*** |

I, Robert Anderson, in accordance with Alaska Rules of Civil Procedure Rule 4 (h) Service of Process by Mail, posted a copy of summons and complaint in case 3:21-cv-00139-JMK , certified mail tracking number 7020 1810 0000 9880 1168 return receipt requested, restricted delivery to chief executive officer of the Municipality of Anchorage, mayor Austin Quinn-Davidson, at Anchorage's principal mailing address Post Office Box 196650, Anchorage, Ak 99519-6650 on June 11, 2021. I received verification of delivery

in accordance with US Postal Service requirements for certified mail restricted delivery on June 16, 2021, PS Form 3811 Return Receipt Tracking number 9590 9402 4524 8278 6325 28.

Date of delivery to Municipality of Anchorage authorized agent Steven Fitzpatrick, June 14, 2021.

Attached as Exhibit 1 - PS Form 3800, PS Form 3811 and receipt for service by certified mail restricted delivery.

I declare under penalty of perjury that this information is true and correct.

Dated June 18, 2021.

Robert Anderson

Robert Anderson, Pro Se

Certificate of Service

I certify that a copy of the above was served, by first class U.S. Mail to Municipality of Anchorage Office of the Municipal Attorney at PO Box 196650, Anchorage, Ak. 99519-6650 on June 18, 2021.

June 18, 2021 — Robert Anderson

Date — Signature

# EXHIBIT 1

US Mail Proof of Service

*Anderson, Pro Se v. Municipality of Anchorage* Case 3:21-cv-00139-JMK

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Anchorage, AK 99519

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $2.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $9.15 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $7.70 |
| Total Postage and Fees | $19.70 |

0533 06

Postmark Here

LAKE OTIS STATION ANCHORAGE AK USPS 99507-9998 JUN 11 2021

Sent To: Municipality of Anchorage Mayor Quinn-Davidson

Street and Apt. No., or PO Box No.: PO BOX 196650

City, State, ZIP+4®: Anchorage, AK 99519-6650

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 1810 0000 9880 1168

LAKE OTIS
5855 LAKE OTIS PKWY
ANCHORAGE, AK 99507-9998
(800)275-8777

06/11/2021 01:20 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® 1-Day | 1 | | $7.70 |
| Anchorage, AK 99519 | | | |
| Weight: 0 lb 12.90 oz | | | |
| Expected Delivery Date | | | |
| Sat 06/12/2021 | | | |
| Restricted Del | | | $9.15 |
| Recipient name | | | |
| AUSTIN QUINN DAVIDSON | | | |
| Tracking #: | | | |
| 70201810000098801168 | | | |
| Return Receipt | | | $2.85 |
| Tracking #: | | | |
| 9590 9402 4524 8278 6325 28 | | | |
| Total | | | $19.70 |

| | |
|---|---|
| Grand Total: | $19.70 |
| Cash | $20.00 |
| Change | -$0.30 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Municipality of Anchorage
MAYOR Austin Quinn-Davidson
Post Office Box 196650
Anchorage, AK, 99519-6650

9590 9402 4524 8278 6325 28

2. Article Number (Transfer from service label)

7020 1810 0000 9880 1168

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Steven Fitzpatrick ☐ Agent ☐ Addressee

RECEIVED

B. Received by (Printed Name): Steven Fitzpatrick C. Date of Delivery: JUN 14 2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ANDERSON v Municipality of Anchorage Ex. 1 P.1

Mr Robert P Anderson
4908 Roger Dr
Anchorage, AK 99507

1000

99513

U.S. POSTAGE PAID
FCM LG ENV
ANCHORAGE, AK
99507
JUN 18, 21
AMOUNT

**$1.20**

R2304H108647-15

United States District Court
District of Alaska
CLERK OF COURT
FEDERAL Building, U.S. Courthouse
222 W 7th Avenue, #4
Anchorage, Alaska 99513-7564

