Pamela D. Weiss
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendant. | )  Case No. 3:21-cv-00139 JMK |
| | ) |

## DEFENDANT'S AMENDED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Municipality of Anchorage, by and through the Municipal Attorney's office, pursuant to Federal Rules of Civil Procedure 6(b) and 12(a)(1), hereby requests an extension of time in which to answer plaintiff's Complaint. (Dkt. 1)

Plaintiff filed the Complaint in this case on June 4, 2021. Thereafter, a summons and complaint were delivered to the Mayor's office on June 15, 2021. Accordingly, under Federal Rule of Civil Procedure 12(a)(1), a responsive pleading is due by July 7, 2021.

The Complaint in this case, however, is substantial in its length and scope. It contains 224 numbered paragraphs and covers events dating back to 1990's. The Complaint asserts seven separate claims against the MOA relating to actions of at least two different divisions. Finally, a separately-filed pleading identifies a related case filed in Superior Court over twenty years ago that may concern some of the same allegations raised in the Complaint in this action.

The undersigned understands that ordinarily a pro se law clerk reviews complaints filed by pro se plaintiffs and assists the court in determining whether there are any deficiencies in the complaint and which of the claims may proceed. Once the law clerk reviews the complaint, the court may issue an order to plaintiff concerning the need to make necessary any amendments and/or directing defendants to answer. Based on discussion with the clerk's office, the undersigned believes that the complaint in this case has, indeed, been forwarded to the pro se law clerk. However, no review has yet taken place.

MOA believes that both the Court and the parties would benefit from the review by a pro se law clerk both to ensure that the Complaint properly states claims and to avoid unnecessary motion practice. Accordingly, MOA requests that the court extend the time for the filing of a responsive pleading until such time as the pro se law clerk has reviewed the complaint and a screening order has been issued that directs the MOA to file an answer.[1]

---

[1] If the undersigned is mistaken and a pro se law clerk will not review the complaint, the MOA requests additional time to review the complaint as well as the related case identified by

Amended Motion for Extension of Time to File Responsive Pleading
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 2 of 3

Case 3:21-cv-00139-JMK   Document 6   Filed 07/09/21   Page 2 of 3

Respectfully submitted this 9th day of July, 2021.

PATRICK N. BERGT
Municipal Attorney

By:    s/Pamela D. Weiss
        Municipal Attorney's Office
        P.O. Box 196650
        Anchorage, Alaska 99519-6650
        Phone: (907) 343-4545
        Fax: (907) 343-4550
        E-mail: uslit@muni.org
        Alaska Bar No. 0305022

Certificate of Service
The undersigned hereby certifies that on July 9, 2021, a
true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic
means through the ECF system.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Mr. Anderson.  Given the sheer number of allegations and the time frames covered, MOA
anticipates it will take at least 45 days to make sense of the allegations and prepare an
appropriate responsive pleading.

Amended Motion for Extension of Time to File Responsive Pleading
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 3 of 3

Case 3:21-cv-00139-JMK   Document 6   Filed 07/09/21   Page 3 of 3