Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com



RECEIVED
FEB 24 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, )<br>)<br>Plaintiff, )<br>Pro Se )<br>)<br>v. )<br>)<br>MUNICIPALITY of ANCHORAGE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:21-cv-00139-JMK<br><br>**ELECTION TO STAND UPON THE SUFFICIENCY OF COMPLAINT PLEADINGS** |

I, Robert Anderson, representing myself without a lawyer, respectfully request the court issue final judgment allowing plaintiff to pursue judicial review of the courts order, ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS, dated February 15, 2022 dismissing claims II thru VII of plaintiff's complaint.

Plaintiff believes all claims should receive judicial decision on the merits.

The courts grant of right to amend Claim VII is acknowledged, plaintiff will not

1

*Anderson, Pro Se v. Municipality of Anchorage* Case 3:21-cv-00139-JMK
Election to Stand Upon the Sufficiency of Complaint Pleadings

amend Claim VII under the courts February 15, 2022 grant nor request or attempt to convince the court of a right to amend Claims II thru VI which by court order are dismissed with prejudice.

Plaintiff request the court take notice of the procedure identified in *Edwards v. Marin Park, Inc.*, 356 F. 3d 1058, 1064 (2004):

> "the district court should have taken the election not to amend at face value, entered a final judgment dismissing all claims with prejudice, and allowed the case to come to us on appeal in that posture."

Plaintiff acknowledges final judgment by the court will dismiss with prejudice all claims including plaintiff's Claim I found adequate by the court to survive Rule 12(b)(6) dismissal.

Respectively submitted this 23 day of February, 2022.

Robert Anderson
Pro Se

2

*Anderson, Pro Se v. Municipality of Anchorage* Case 3:21-cv-00139-JMK
Election to Stand Upon the Sufficiency of Complaint Pleadings

Case 3:21-cv-00139-JMK   Document 17   Filed 02/24/22   Page 2 of 4

I hereby certify that a copy of the foregoing was mailed to the Municipality of Anchorage principal mailing address, Post Office Box 196650, Anchorage, Ak 99519-6650 Anchorage, Ak on February 23, 2022.

Dated February 23, 2022.

*Robert Anderson*

Robert Anderson, Pro Se

3

*Anderson, Pro Se v. Municipality of Anchorage* Case 3:21-cv-00139-JMK
Election to Stand Upon the Sufficiency of Complaint Pleadings

Case 3:21-cv-00139-JMK   Document 17   Filed 02/24/22   Page 3 of 4

Robert Anderson
4908 Roger Dr
Anchorage, AK 99507-1337



ALASKAN FRONTIER
995-997
23 FEB 2022 PM 1 L

United States District Court
CLERK's OFFICE
222 W. 7th Avenue, #4/Suite 229
Anchorage, AK 99513-7564