

**FILED**

SEP 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT ANDERSON, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> MUNICIPALITY OF ANCHORAGE, <br><br> Defendant-Appellee. | No. 22-35570 <br><br> D.C. No. 3:21-cv-00139-JMK <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Before: M. SMITH, BRESS, and VANDYKE, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 2) is granted. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

DA/Pro Se