IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT ANDERSON,                )
                                )
            Plaintiff,           )   Case No. 3:21-cv-00139-JMK
                                )
                                )   '22 DEC -7 A9 :12
v.                              )
                                )
MUNICIPALITY of ANCHORAGE,      )
                                )
            Defendant.           )
_____)

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**
**Pursuant to Fed. R. Civ. P. 34**

Please produce the following designated documents, included in the term "document" is electronically stored information (including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium from which information can be obtained) translated, if necessary, by the respondent into reasonably usable form, that are in your possession, custody or control, for inspection or copying at 10:30 AM January 27, 2023 at the Z. J. Loussac Library lobby, 3600 Denali Street, Anchorage, AK. unless agreement is made prior to January 26 for an alternate site. In lieu of making a personal appearance on the production date, Defendant may append copies of the requested documents to its response to Plaintiff's

Request for Production of Documents preferably in electronic format native for word documents and spreadsheets, TIFF or PDF for other documents.

When providing documents generated from proprietary software programs please include explanations which define characteristics of database fields and define abbreviations as they apply to the proprietary software data.

Field data collection refers to any entry onto a single family residential tax parcel. Field data collection worksheets include dwelling occupant interviews, improvement inventory review documents, sketches and pictures .

Computer Assisted Mass Appraisal software is referred to as CAMA.

If, in response to any request for production, you assert a claim of privilege, or any other reason, in support of your refusal to produce documents, please identify the specific document by a unique identifier assigned by Anchorage, state a reason why the document or pages of a document are being withheld and for each document a general description, its author, date and the recipient(s). If you are asserting a privilege of a non-party as opposed to a Municipality of Anchorage privilege please make that distinction absolutely clear by identifying the employee to whom the privilege applies.

Request to Produce No. 01: Please produce any documents of standard operating procedures or policies utilized by the Assessor to comply with Municipally of Anchorage assembly resolution AR 1986 – 295, "A Resolution Directing The Administration To Reevaluate Taxable Property By A Physical Review Every Six Years" for the period January 1, 1985 to July 11, 2019.

Request to Produce No. 02: Please produce any documents provided to the

Anchorage assembly for consideration in their action on what became assembly resolution AR 1986 – 295.

Request to Produce No. 03: Please produce any documents generated by the Executive branch which resulted in assembly resolution AR 1986 – 295 being put before the Anchorage assembly for action on December 9, 1986.

Request to Produce No. 04: Please produce any documents of standard operating procedures or policies utilized by the Department of Finance when entry onto a private residential single family detached dwelling tax parcel is made under Alaska Statute 29.45.130(b) for the period March 27, 1999 to July 11, 2019.

Request to Produce No. 05: Please produce any documents of court orders obtained under Alaska Statute 29.45.130(b)(3) by the Municipality of Anchorage.

Request to Produce No. 06: Please produce any documents identifying the policies or practices by which the Anchorage assessor modifies standard operating procedures or policies regarding physical inspection of real property by Anchorage Department of Finance employees.

Request to Produce No. 07: Please produce any documents of standard operating procedures or policies utilized by the Department of Finance in handling citizen complaints or concerns regarding entry onto single family detached dwelling tax parcels by Department of Finance employees.

Request to Produce No. 08: Please produce any documents exchanged between Department of Finance employees relating to citizen complaints or concerns regarding entry onto single family detached dwelling tax parcels by Department of Finance

employees for the period January 7, 2000 to July 11, 2019.

Request to Produce No. 09: Please produce any documents exchanged between Department of Finance employees and citizens regarding entry onto single family detached dwelling tax parcels by Department of Finance employees for the period January 7, 2000 to July 11, 2019.

Request to Produce No. 10: Please produce any documents of the Office of the Municipal Attorney's containing recommendations for compliance, maintenance of records, advice about physical inspection or alternatives on standard operating procedures or policies provided to the person employed in the position of Anchorage assessor AND various additional Department of Finance employees, as direct recipients or by the Anchorage assessor forwarding documents, regarding entry onto private property for field data collection or other purposes by Anchorage Department of Finance employees for the dates January 2, 1985 to July 11, 2019.

Request to Produce No. 11: Please produce any documents containing recommendations for compliance or maintenance of records on standard operating procedures or policies provided by the Anchorage assessor to Department of Finance employees, inclusive of dates January 1, 1985 to July 11, 2019, regarding entry onto private property for field data collection or other purposes by Anchorage Department of Finance employees.

Request to Produce No. 12: Please produce any documents of Anchorage assessor modifications to standard operating procedures or policies regarding physical inspection of real property for the period January 1, 1985 to July 11, 2019.

Request to Produce No. 13: Please produce any documents indicating the standard operating procedures or policies utilized by the Department of Finance to discover inaccuracies in tax parcel improvement inventories.

Request to Produce No. 14: Please produce any documents in the form of AS 29.20.640 "Reports (3) tax assessment and tax levy figures as requested" submitted to the State of Alaska for the years 1985-to 2022.

Request to Produce No. 15: Please produce any documents in the form of notice from the State Assessor under AS 29.45.105. of Errors in assessment, valuation or taxation procedures and documents of any resolution of any such notice(s).

Request to Produce No. 16: Please produce any documents that review or analyze Anchorage assessment, valuation, and taxation procedures received from the State of Alaska Office of the State Assessor for the period January 2, 1985-to July 11, 2019.

Request to Produce No. 17: Please produce any documents adopting or otherwise implementing any suggested changes in the property assessment process made by the State of Alaska Office of the State Assessor.

Request to Produce No. 18: Please produce any documents of investigation by the Anchorage ombudsman's office of plaintiff's written complaint letter dated January 4, 2000 (Case 3:21-cv-00139 Complaint Exhibit 1) regarding entries onto plaintiff's tax parcel, Parcel: 009-196-19-000 (4908 Roger Drive) by Department of Finance employees.

Request to Produce No. 19: Please produce any Department of Finance documents indicating or reviewing the number of physical inspections of real property conducted per

year for the years 1985-to present.

Request to Produce No. 20: Please produce any Department of Finance documents indicating or reviewing the number of employee labor hours expended per year on physical inspections of real property for the years 1985-to present.

Request to Produce No. 21: Please produce any documents indicating or describing the meaning of "physical inspection" as the term relates to field data collection from either public or private property by Department of Finance employees.

Request to Produce No. 22: Please produce any documents in the form field data collection worksheets for all tax parcels in plaintiff's tax parcel (Parcel: 009-196-19-000 (4908 Roger Drive)) appraisal unit where a field visit was conducted in calendar year 2019. Appraisal unit is defined as a group of residential parcels that have similar land and/or improvements characteristics and are placed in what is commonly refereed to as Neighborhood within CAMA software.

Request to Produce No. 23: Please produce any documents in the form work plans to accomplish the task of physical inspection or field visit of single family detached dwelling tax parcels for the year 2019.

Request to Produce No. 24: Please produce any documents identifying purely voluntary International Association of Assessing Officers and/or Appraisal Foundation Uniform Standards of Professional Appraisal Practice (USPAP) industry standards recognized by Anchorage and applicable on July 11, 2019 when entry onto single family residential tax parcels is made by field data collectors, including but not limited to measurement of two sides of a dwelling unit, walk-around of a dwelling unit and

jurisdictional determinations.

<u>Request to Produce No. 25:</u> Please produce any documents of jurisdictional determinations made by Anchorage in accordance with International Association of Assessing Officers and/or Appraisal Foundation Uniform Standards of Professional Appraisal Practice (USPAP) industry standards and applicable on July 11, 2019.

<u>Request to Produce No. 26:</u> Please produce any data collection manual, assessment schedule setup or similar improvement inventory control documentation applicable on July 11, 2019 to physical inspection of single family detached dwelling tax parcels.

<u>Request to Produce No. 27:</u> Please produce any training manual or training policy in effect July 11, 2019 for field data collectors.

<u>Request to Produce No. 28:</u> Please produce any documents, including modifications or revisions, in the form of standard operating procedure or policy for the use of the "Data Review Inquiry" door hangers left on single family residential tax parcel dwelling units.

<u>Request to Produce No. 29:</u> Please produce any documents indicating how the "Data Review Inquiry" door hanger inquiry into the number of Bedrooms is relevant to Anchorage's appraisal valuation of single family dwellings.

<u>Request to Produce No. 30:</u> Please produce any documents indicating the standard operating procedures or policies utilized by the Department of Finance to collect field data for single family detached dwelling improvements with basements for appraisal valuation purposes.

<u>Request to Produce No. 31:</u> Please produce any union grievances and grievance resolutions filed by Municipality of Anchorage employees relating to the task of field data collection on private residential property.

<u>Request to Produce No. 32:</u> Please produce any documents in the form of citizen complaints filed with the Anchorage ombudsman office relating to Department of Finance employee entry onto single family detached dwelling tax parcels. Please redact any citizen private information when responding to this request.

<u>Request to Produce No. 33:</u> Please produce any documents in the form of Anchorage ombudsman's office investigations relating to complaints filed by citizen regarding Department of Finance employee entry onto single family detached dwelling tax parcels. Please redact any citizen private information when responding to this request.

<u>Request to Produce No. 34:</u> Please produce any sales ratio studies conducted for the tax year's 2018, 2019 and 2020.

<u>Request to Produce No. 35:</u> Please produce any documents relating to assembly resolution AR 96-220, International Association of Assessing Officers review of Anchorage's property assessment process.

<u>Request to Produce No. 36:</u> Please produce any documents relating to assembly resolution AR 2002-368, State assessor review of the assessment, valuation, and taxation procedures.

<u>Request to Produce No. 37:</u> Please produce any privilege log resulting from plaintiff's first request for production of documents (this request).

8 of 9
Case 3:21-cv-00139-JMK   Document 41-1   Filed 01/27/23   Page 8 of 9

Date *December 6, 2022*                                        *Robert Anderson*

                                                               Robert Anderson


On *12/6/2022* I, *Robert Anderson* mailed this document to Municipality of Anchorage, Office of the Municipal Attorney, P.O. Box 196650, Anchorage, Alaska, 99519-6650.