Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com



RECEIVED
MAY 08 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>Pro Se )<br>)<br>)<br>v. )<br>)<br>MUNICIPALITY of ANCHORAGE, )<br>)<br>Defendant. )<br>_____) | Acknowledgment Of<br>Fed. R. Civ. P. 5.1 (a) (1) (B) Notice<br><br><br><br><br>Case No. 3:21-cv-00139-JMK |

## ACKNOWLEDGMENT OF Fed. R. Civ. P. 5.1 (a) (1) (B) Notice

I, Robert Anderson, representing myself without a lawyer, respectfully file this Acknowledgment of Alaska Attorney General Notice of Constitutional Challenge of Statute with the court, Fed. R. Civ. P. 5.1 (a) (1) (B) Notice.

Pursuant to Rule 5.1(a)(1)(B), Plaintiff provided the Attorney General of the State of Alaska with a copy of filing "Rule 12(c) MOTION FOR PARTIAL JUDGMENT ON PLEADINGS re ANCHORAGE AFFIRMATIVE DEFENSE ¶ 3", a written motion drawing into question the constitutionally of state statute AS 29.45.130(b).

Page 1
Anderson v Municipality of Anchorage, Case No. 3:21-cv-00139-MJK
ACKNOWLEDGMENT OF Fed. R. Civ. P. 5.1 (a)(1)(B) Notice
Case 3:21-cv-00139-JMK    Document 49    Filed 05/08/23    Page 1 of 6

A true and accurate copy of that notice is attached hereto as Exhibit 1. A true and accurate copy of the proof of delivery is attached hereto as Exhibit 2.

In this manner, Plaintiff complied with Rule 5.1(a)(1)(B)'s requirements that the Attorney General be notified that a state statute was being challenged through this action and that neither the State, one of its agencies, nor one of its officers or employees had been named as a defendant.

Plaintiff believes the notice satisfies his substantive obligations under Rule 5.1(a)(1)(B) and (a)(2).

Respectfully submitted.

Dated MAY 5, 2023.   Robert Anderson
Robert Anderson, Pro Se

I, Robert Anderson certify that a copy of this paper filling was served, by MAIL delivery to Municipality of Anchorage Office of the Municipal Attorney at 632 West 6th Avenue (P.O. Box 196650), Anchorage, Ak. on MAY 5, 2023.

Dated MAY 5, 2023.   Robert Anderson
Robert Anderson, Pro Se

Page 2
Anderson v. Municipality of Anchorage, Case No. 3:21-cv-00139-MJK
ACKNOWLEDGMENT OF Fed. R. Civ. P. 5.1 (a)(1)(B) Notice

Case 3:21-cv-00139-JMK   Document 49   Filed 05/08/23   Page 2 of 6

Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>Pro Se )<br>)<br>)<br>v. )<br>)<br>MUNICIPALITY of ANCHORAGE, )<br>)<br>Defendant. )<br>_____) | FEDERAL RULES OF CIVIL PROCEDURE Rule 5.1 (a) (1) (B)<br>Notice of Constitutional Challenges to Statute<br><br>Case No. 3:21-cv-00139-JMK |

## FEDERAL RULES OF CIVIL PROCEDURE Rule 5.1 (a) (1) (B)

### Notice of Constitutional Challenges to Statute

I, Robert Anderson, representing myself without a lawyer, have filed in the case, *Anderson v. Municipality Of Anchorage*, Case No. 3:21-cv-00139-JMK, Federal District Court, Anchorage, Ak. Constitutional Challenges to AS 29.45.130 (b) under motion "Rule 12(c) MOTION FOR PARTIAL JUDGMENT ON PLEADINGS re ANCHORAGE AFFIRMATIVE DEFENSE ¶ 3" filed with the clerk of the court Friday, April 28, 2023 a copy of which is attached to this notice.

Page 1
Anderson v Municipality of Anchorage, Case No. 3:21-cv-00139-MJK
Federal Rules Of Civil Procedure Rule 5.1 (a) (1) (B)
Case 3:21-cv-00139-JMK   Document 49   Filed 05/08/23   Page 3 of 6
Ex. 1 P. 1

The Constitutional Challenges to Statute AS 29.45.130 (b) are:

1) Does AS 29.45.130 (b) violate Robert Anderson's right to a to Republican Form of Government under Federal Statute and U.S. Constitution.

2) Does AS 29.45.130(b) violate the Due Process clause of the Fourteenth Amendment by being unconstitutionally vague.

3) Does AS 29.45.130(b) violate the Fourth Amendment facially or as applied to plaintiff's single family residential detached dwelling tax parcel.

Dated MAY 1, 2023.   Robert Anderson, Pro Se

Page 2
Anderson v Municipality of Anchorage, Case No. 3:21-cv-00139-MJK
Alaska Rules Of Civil Procedure Rule 5.1 (a)(1)(B)
EX. 1 P. 2
Case 3:21-cv-00139-JMK   Document 49   Filed 05/08/23   Page 4 of 6

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF ATTORNEY GENERAL
ATTORNEY GENERAL
TREG TAYLOR
1031 WEST 4th AVENUE SUITE 200
ANCHORAGE AK 99501

9590 9402 8193 3030 7864 73

2. Article Number (Transfer from service label)

7022 0410 0003 2314 9190

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [...] Mail
☐ [...] Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

7022 0410 0003 2314 9190

[postmark: LAKE OTIS STATION ANCHORAGE AK, MAY -1 2023, USPS]

OFFICE OF ATTORNEY GENERAL TREG TAYLOR
1031 WEST 4th AVENUE Suite 200
ANCHORAGE, AK, 99501

---

UNITED STATES POSTAL SERVICE

LAKE OTIS
5855 LAKE OTIS PKWY
ANCHORAGE, AK 99507-9998
(800)275-8777

05/01/2023                    01:19 PM

Duplicate

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.70 |
| Anchorage, AK 99501 | | | |
| Weight: 0 lb 7.00 oz | | | |
| Estimated Delivery Date | | | |
| Wed 05/03/2023 | | | |
| Certified Mail® | | | $4.15 |
| Tracking #: | | | |
| 70220410000323149190 | | | |
| Return Receipt | | | $3.35 |
| Tracking #: | | | |
| 9590 9402 8193 3030 7864 73 | | | |
| Total | | | $10.20 |
| Grand Total: | | | $10.20 |
| Cash | | | $11.00 |
| Change | | | -$0.80 |

The timeliness of service to or from destinations outside the contiguous US may be affected by the limited availability of transportation.

EX. 2 P. 1

Mr. Robert P. Anderson
4908 Roger Dr
Anchorage, AK 99507

ALASKAN FRONTIER
995-997
5 MAY 2023  PM 1  L



United States District Court
Clerk's Office
222 W. 7th Avenue, #4/Suite 229
Anchorage, Alaska 99513-7564