Charles J. Gunther
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendant
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ROBERT ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> MUNICIPALITY OF ANCHORAGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:21-cv-00139 JMK <br> ) |

**AFFIDAVIT OF CHARLES J. GUNTHER**

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT  )

I, Charles J. Guntehr, being first duly sworn upon oath, states as follows:

1. I am an Assistant Municipal Attorney for the Municipality of Anchorage (MOA), and I am substituting into this case to represent the MOA in this matter.

2. Pamela Weiss' last day of work with the Municipality was March 3, 2023, and Linda Johnson and I inherited a few of her cases, including this one. Attorney Weiss

has been the primary attorney in this matter, since its inception in 2021. She handled nearly all aspects of this case including preparation of prior motions. No other current attorneys with the MOA have significant experience or detailed knowledge about this case.

3. The Office of the Municipal Attorney has been faced with many different challenges in recent months that may or may not be readily apparent. The undersigned has been newly assigned several matters as the Office lost multiple attorneys and support staff in the past three to four months. The problems caused by shortage of attorneys and staff is being promptly rectified but the recent loss of attorneys and staff requires this office to seek extensions of time to allow new counsel the opportunity to properly prepare for litigation and meet established court deadlines. Two of the new attorneys who will be assigned to this case are in the process of submitting their petitions for admittance to practice before the Federal Court and are unable to do so until that process is complete.

4. Based on the foregoing, the undersigned seeks a three-week extension of time to respond to Plaintiff's pending pleadings.

5. This is undersigned's first request for an extension of time. This Motion is not made to delay or impede this matter.

Pursuant to Alaska Statute 09.63.020, I hereby certify that I executed this affidavit on May 12, 2023; that a notary public or other official empowered to administer oaths is unavailable to me; and I certify under penalty of perjury that the foregoing is true.

Affidavit of Counsel ISO Motion for Extension of Time
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 2 of 3

Case 3:21-cv-00139-JMK   Document 50-1   Filed 05/12/23   Page 2 of 3

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/ Charles J. Gunther
Charles J. Gunther
Assistant Municipal Attorney
ABA#: 9411106

Certificate of Service
The undersigned hereby certifies that on May 12, 2023, a true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic means through the ECF system.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Affidavit of Counsel ISO Motion for Extension of Time
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 3 of 3

Case 3:21-cv-00139-JMK   Document 50-1   Filed 05/12/23   Page 3 of 3