Charles J. Gunther
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ROBERT ANDERSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, )<br>)<br>Defendant. )<br>) | Case No. 3:21-cv-00139 JMK |

**SUPERSEDING ENTRY OF APPEARANCE**

The Municipal Attorney's Office, by and through Assistant Municipal Attorney Charles J. Gunther, hereby enter appearance as counsel of record on behalf of defendant Municipality of Anchorage, and requests that all future correspondence and documents pertaining to this action be forwarded by mail and/or emailed to:

Charles J. Gunther
Department of Law – Civil Division
P.O. Box 196650
Anchorage, AK 99519-6650 -  **Email: courtdocs@muni.org**

Respectfully submitted this 1st day of June.

        ANNE R. HELZER
        Municipal Attorney

By:   s/Charles Gunther
       Municipal Attorney's Office
       P.O. Box 196650
       Anchorage, Alaska 99519-6650
       Phone: (907) 343-4545
       Fax: (907) 343-4550
       E-mail: uslit@muni.org
       Alaska Bar No. 9411106

Certificate of Service
The undersigned hereby certifies that on 6/1/2023, a true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office

Superseding Entry of Appearance
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 2 of 2
Case 3:21-cv-00139-JMK    Document 52    Filed 06/01/23    Page 2 of 2