Charles J. Gunther
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ROBERT ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, )<br>)<br>Defendant. )<br>) | Case No. 3:21-cv-00139 JMK |

## NOTICE OF WITHDRAWAL

Municipal Defendants hereby give notice of the withdrawal of Pamela Weiss and Sean Halloran as attorneys of record and request that Pamela Weiss and Sean Halloran be removed from the service list in this proceeding. Municipal Defendants continue to be represented by other attorneys at the Municipal Attorney's Office.

Respectfully submitted this 13th day of June.

ANNE R. HELZER  
Municipal Attorney

By: s/Chuck Gunther  
Municipal Attorney's Office  
P.O. Box 196650  
Anchorage, Alaska 99519-6650  
Phone: (907) 343-4545  
Fax: (907) 343-4550  
E-mail: uslit@muni.org  
Alaska Bar No. 9411106

Certificate of Service
The undersigned hereby certifies that on  6/13/23 , a true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office

Notice of Withdrawal
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 2 of 2