Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ROBERT ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Pro Se | ) | UNSWORN DECLARATION UNDER |
| | ) | PENALTY OF PERJURY |
| v. | ) | |
| | ) | |
| MUNICIPALITY of ANCHORAGE, | ) | Case No. 3:21-cv-00139-JMK |
| | ) | |
| Defendant. | ) | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY re MOTION TO COMPEL DISCOVERY RESPONSES

I, Robert Anderson, representing myself without a lawyer, declare from my personal knowledge that the following facts are true:

1. Exhibit 2 is a true and correct copy of a letter I mailed to the Municipality of Anchorage on August 2, 2023.

2. Exhibit 3 is a true and correct copy of Interrogatories I hand delivered to 1. the Municipality of Anchorage on June 22, 2023.

3. Exhibit 4 is a true and correct copy of the Request for Production I hand

EX. 1. P. 001

delivered to the Municipality of Anchorage on June 22, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2023.

Dated August 14, 2023.   _Robert Anderson_
                          Robert Anderson, Pro Se

I, Robert Anderson certify that a copy of this paper filling was served, by HAND delivery to Municipality of Anchorage Office of the Municipal Attorney at 632 West 6th Avenue (P.O. Box 196650), Anchorage, Ak. on August 14, 2023.

Dated August 14, 2023.   _Robert Anderson_
                          Robert Anderson, Pro Se

EX. 1 P. 002