Robert Anderson
4908 Roger Drive
Anchorage, AK. 99507

August 2, 2023

Mr. Charles J. Gunther
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Re. Case No. 3:21-cv-00139 JMK Timely Response to Interrogatories and Request for Production

Dear Mr. Gunther:

On June 22, 2023 I hand delivered to the Municipal Attorney's Office my first set of interrogatories under Fed. R. Civ. P. 33 and second set of request for production under Fed. R. Civ. P. 34. Both the interrogatories and request for production contemplate a 30 day "time to respond" period.

I have not received any response to my first set of interrogatories under Fed. R. Civ. P. 33.

Anchorage did not produce documents at the time and place specified in my second set of request for production under Fed. R. Civ. P. 34 and I have not received a response through alternative procedures.

I have not received any request for additional time, your diligence in timely responding is important.

Fed. R. Civ. P. 37(a)(1) requires I attempt to confer with you in an effort to avoid court action on the matter. This letter is for the purpose of compliance with Fed. R. Civ. P. 37(a)(1), your lack of response leaves nothing to confer about but your understanding of time constraints.

Please provide any response to this written confer inquiry by August 8, 2023.

Thank You

*Robert Anderson* (signature)

Case 3:21-cv-00139-JMK   Document 61-2   Filed 08/14/23   Page 1 of 1
Ex. 2 P. 0001