IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MUNICIPALITY of ANCHORAGE,<br><br>　　　　　Defendant. | Case No. 3:21-cv-00139-JMK |

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT MUNICIPALITY OF ANCHORAGE

Plaintiff Robert Anderson serves the following interrogatories on Defendant Municipality of Anchorage.

### INSTRUCTIONS

Rule 33 of the Federal Rules of Civil Procedure, as well as the Court's Scheduling Order govern the interrogatories listed below. You must answer each interrogatory, to the extent it is not objected to, separately and fully in writing. After completing your responses, you must sign them and serve them within the response period. If you object to an interrogatory, you must state your objection, and the grounds

for objecting, with specificity. Please be aware that an "interrogatory is not objectionable merely because it asks for an opinion or contention that relates to fact or the application of law to fact." Fed. R. Civ. P. 33(a)(2).

You, Defendant Municipality of Anchorage, are required to provide answers and objections, if any, to these interrogatories to Plaintiff within thirty (30) calendar days after the date of service of these requests (herein, the "response period") at 4908 Roger Drive, Anchorage, AK 99507. Please set forth, verbatim, the text of each of the following requests before your written response.

If you claim a privilege relating to any of the information sought under the interrogatories below, specify in detail the nature or bases of the privilege, and prepare and serve a privilege log that complies with Fed. R. Civ. P. 26(b)(5)(A) and includes: (a) the date the document was prepared; (b) the author of the document; (c) the person to whom the document was sent and all persons receiving copies; and (d) the general subject covered in the document.

As with all discovery requests, you are required to furnish all responsive information to these interrogatories which is available to you. This includes, but is not necessarily limited to, any information in the possession of your employees, representatives, agents, contractors, attorneys, or investigators. Rule 26(e) of the Federal Rules of Civil Procedure imposes a continuing duty to supplement your response to an interrogatory issued under Rule 33 when you know or learn that the prior response or production is in some material respect incomplete or incorrect.

If your response to any interrogatory is to see documents that are produced,

identify the documents responsive to the request by Bates number.

## DEFINITIONS

1. "Document" means a writing(s), recording(s), or photograph(s) as those terms are defined under Fed. R. Evid. 1001(a), (b), and (c), and, consistent with the scope set forth under Fed. R. Civ. P. 34(a)(1)(A), includes the original or copy of handwriting, typewriting, printing, drawings, graphs, charts, photographs, sound recordings, images, communications, or other data or data compilations, or combinations of them, set down in any form and stored in any medium from which information can be obtained.

2. "Communication" means any oral, verbal, typed, electronically transmitted or hand written communication and includes, without limitation, any face to face, telephone, or video conference conversations; facsimile; letter; telegram; memoranda; voicemail; voice message; electronic mail; text message; and any other method or means of exchanging information between individuals.

3. "Electronically stored information" means any document, communication, or any other data or information present or stored on or in any computer, internal or external hard drive, jump drive, diskette, compact disc, server, database, or any other device capable of storing electronic files or information.

4. "Incident" includes the circumstances and events surrounding the alleged occurrence giving rise to this action or proceeding.

5. "Person" or "Persons" and "Individual" or "Individuals" includes any human being, whether living or deceased, and includes a business, corporation,

partnership, joint venture, limited partnership, governmental entity, public entity, or political subdivision.

6. "Identify" means:

   a. With respect to a human being means to state their full name, last known address, telephone number and relationship to you.

   b. With respect to a business, corporation, partnership, joint venture, limited partnership, governmental entity, public entity, or political subdivision, means to state its complete name, last known address, and telephone number.

   c. With respect to a document, means to state the nature or character of the document (i.e., letter, memorandum, agreement, etc.); the date(s) it was prepared, signed, sent and received; the contents of the document; and the identity of the person(s) who created and/or signed the document.

   d. With respect to a communication, requires a response providing the date on which the communication occurred, the identity of each person who was present during or participated in the communication, and the subject or subjects discussed.

7. "or" is inclusive, and has the meaning of "and/or."

8. "Defendant," "you," and "your" each and collectively refer to Defendant Municipality of Anchorage, (and any agent, employee, official, director, manager, supervisor or other person operating under the direction or control of the Defendant, including, without limitation, any attorneys, insurance companies, or insurance adjusters).

9. "Quick Reinventory Procedure" is as described in Addendum #4 of

Municipality of Anchorage Residential Appraisal Manual.

## INTERROGATORIES

(1) State the name and employee job title of each officer or agent who prepared or assisted in the preparation of the responses to these interrogatories or who contributes any information used in preparing or answering these interrogatories and identify each interrogatory that such individual assisted in answering.

(2) Please identify your employee(s) who entered plaintiff's tax parcel, 4908 Roger Drive, Anchorage, AK. 99507 on July 11, 2019.

(3) Please identify any agent, employee, official, director, manager, supervisor or other person who prepared or assisted in the preparation of the appraiser response packet presented to the Board of Equalization for real property tax appeal 2020 Appeal #52, Real Property #009-196-19-000, Legal Description HOMESTEAD ACRES BLK 3 LT 36.

(4) Please identify each instance in which you have entered onto plaintiff's tax parcel, Real Property #009-196-19-000, Legal Description HOMESTEAD ACRES BLK 3 LT 36. for any reason for the period September 27, 1989 to present. For each entry identify the purpose and any actions taken as a result of the entry.

(5) Identify every person who had any responsibility for instituting policies, procedures, guidelines, or practices concerning entry to preform "Quick Reinventory

Procedure" from August 17, 2016 to present.

(6) Please identify the policies, procedures, guidelines, or practices that apply to complying with Assembly Resolution 1986-295. Please include in your answer policies, procedures, guidelines, or practices, if any, identifying the responsibilities that employees performing "Quick Reinventory Procedure" fall within.

(7) Please identify the policies, procedures, guidelines, or practices and sources other than "Quick Reinventory Procedure" of real properties you use for acquiring information to estimate the tax appraisal value of single family residences with only one dwelling unit, LAND USE 102 Field - Code 101 of Municipality of Anchorage Residential Appraisal Manual.

(8) Please identify every person who was interviewed by any employee or former employee of the Finance Department about the incident. For each interview you list, please include a description of the substance of the interview and whether a statement was obtained. If you obtained a statement, please also provide the date(s) of the statement, the substance of the statement, the recording of the statement, the person(s) that participated in obtaining or taking the statement, and any findings made or actions taken following the statement, including any resulting disciplinary actions imposed on any person(s).

(9) Please identify and describe any training that you provided to employees, agents, or contractors, or any policies, procedures, guidelines, or protocols you developed regarding your "Quick Reinventory Procedure".

(10) Please identify and describe any disciplinary, reprimand, deficiencies in

performance, deficiencies in conduct or other adverse employment actions, whether formal or informal, you have taken against persons performing "Quick Reinventory Procedure" duties for the period August 18, 2016 to present.

(11) Please identify and describe all policies, procedures, guidelines, or practices applying to your "Quick Reinventory Procedure".

(12) For each denial that you make in your Answer of a material allegation contained in Plaintiff's Complaint, please identify all facts that you believe justify your denial; identify each person that you are aware has knowledge of those facts; identify any documents, communications, or electronically stored information that you believe support your denial, and, further, identify each person in possession of the documents, communications, or electronically stored information that you list.

(13) Do you contend that your employee's conduct at the time of the incident was in compliance with any policies, procedures, guidelines, or practices of the Finance Department? If your answer is "yes," identify each of the respective policies, procedures, guidelines, or practices, and identify the facts that you believe demonstrate your employees compliance.

(14) Do you contend that your employee's conduct at the time of the incident was not in compliance with any policies, procedures, guidelines, or practices of the Finance Department? If your answer is "yes," identify each of the respective policies, procedures, guidelines, or practices, and identify the facts that you believe demonstrate your employees noncompliance.

(15) Do you contend that you had consent at the time of the incident to conduct

a "Quick Reinventory Procedure"? If your answer is "yes," identify each of the respective policies, procedures, guidelines, or practices, and identify the facts that you believe demonstrate you acted with consent.

(16) Please identify and describe all policies, procedures, guidelines, or practices applying to the "To Whom It May Concern" Appraiser Introduction Letter, (document MOA 000007 of first request for production).

(17) Please identify and describe all policies, procedures, guidelines, or practices applying to review of appraisal valuation for clerical errors, incorrect physical characteristics, or other material errors affecting appraisal valuation, (a full and true value determination being a opinion, not an error), where a "Quick Reinventory Procedure" does not occur but a data characteristic adjustment is made.

(18) Identify and describe each of the purposes or interest that you contend is advanced by your "Quick Reinventory Procedure".

(19) Describe every complaint of or expression of concern made to you about the duties appraisers are required to perform under your "Quick Reinventory Procedure", whether formal or informal, verbal or written, internal or external from August 18, 2016 to present.

(20) State as a numerical quantity for each year the number of "Quick Reinventory Procedure" Field 452 CODE 9 inspections that occurred on single family residences with only one dwelling unit (LAND USE 102 Field - Code 101 of Municipality of Anchorage Residential Appraisal Manual) tax parcels from January 1, 2017 to December 31, 2022.

8 of 9

Case 3:21-cv-00139-JMK   Document 61-3   Filed 08/14/23   Page 8 of 9
Ex. 3 P. 00008

Date June 22, 2023        Robert Anderson
                          Robert Anderson

    I, Robert Anderson certify that Defendent Municipality of Anchorage was served, by HAND delivery to Municipality of Anchorage Office of the Municipal Attorney at 632 West 6th Avenue (P.O. Box 196650), Anchorage, AK. on JUNE 22, 2023.

Dated June 22, 2023.      Robert Anderson
                          Robert Anderson