Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, )<br>)<br>Plaintiff, )<br>Pro Se )<br>)<br>v. )<br>)<br>MUNICIPALITY of ANCHORAGE, )<br>)<br>Defendant. )<br>_____ ) | Plaintiff's Motion to be Recognized<br>as the Non-Moving Party<br><br>Case No. 3:21-cv-00139-JMK |

## PLAINTIFF'S MOTION TO BE RECOGNIZED AS THE NON-MOVING PARTY

I, Robert Anderson, representing myself without a lawyer, move the court to recognize me as the non-moving party with respect to Anchorage's Docket 66 MOTION TO EXTEND DISCOVERY DEADLINES,

Anchorage at Docket 66 filled a MOTION TO EXTEND DISCOVERY DEADLINES Docket 66 page 1 and "II. Request to Extend Discovery Deadlines", Docket 66 pages 5-6. Anchorage is the moving party as the motion has no relevance as opposition to my Docket 61 motion to compel discovery responses.

Anchorage's motion is properly characterized as a proposed to amendment the

courts November 4, 2022 Scheduling and Planing Order, Docket 39.

Opposing party status permits me fair opportunity to argue Anchorage's motion as if it were properly filed as a separate motion.

For the reasons stated above I respectfully request the court recognize me as the opposing party permitting me to follow the courts opposing party procedures.

Dated SEPTEMBER 25, 2023.     *Robert Anderson*
Robert Anderson, Pro Se

I, Robert Anderson certify that a copy of this paper filling was served, by HAND delivery to Municipality of Anchorage Office of the Municipal Attorney at 632 West 6th Avenue (P.O. Box 196650), Anchorage, Ak. on 9/25, 2023.
Dated 9/25, 2023.     *Robert Anderson*
Robert Anderson, Pro Se

Anderson v Municipality of Anchorage
Plaintiff's Motion to be Recognized as the Non-Moving Party

Case No. 3:21-cv-00139-MJK
Page 2

Case 3:21-cv-00139-JMK   Document 69   Filed 09/22/23   Page 2 of 2