Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com



RECEIVED
OCT 11 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, ) <br> ) <br> Plaintiff, ) <br> Pro Se ) <br> ) <br> v. ) <br> ) <br> MUNICIPALITY of ANCHORAGE, ) <br> ) <br> Defendant. ) <br> _____) | Status Report per Docket 70 <br><br> Case No. 3:21-cv-00139-JMK |

## Status Report per Docket 70

I have mailed Anchorage Exhibit 1 as my understanding of the courts Docket 70 order.

I request the court give more consideration to my filing status as a pro se non-electronic filer. Neither Anchorage nor the court established a date certain for the time extension granted Anchorage at Docket 67. This court ordered status report leaves me to coordinate with Anchorage and meet court obligations in a complex manner.

The court might benefit from the sequence of events from my prospective:

    (1)    On September 21, 2023 Anchorage filed a second request for time

extension and to modify the courts scheduling order, Anchorage Docket 66 filing.

(2) On September 22, 2023 the court issued order Docket 67 on Anchorage's Docket 66 filing.

(3) On the evening of September 22, 2023 I received service on Anchorage's Docket 66 filing through the U.S. Mail.

(4) I filed reply (Docket 68) and motion (Docket 69) to Anchorage Docket 66 on September 25, 2023. My filings were entered into the electronic filing system on September 26, 2023.

(5) I received the courts Docket 67 order, postmarked September 22, 2023, on Wednesday, September 27 through U.S. Mail. While this is well outside the 3 day rule allowance for mail delivery neither I or the court has control over delivery dates.

The court issued it's Docket 67 order before I had ever even seen Anchorage's Docket 66 filing. Now if Anchorage elects to produce documents for inspection and copying presumably not later than October 23, 2023 the court wishes a status report by the same day. If Anchorage were to mail responses on October 23, 2023 I will not have them before October 24 at the earliest and while those documents require service they won't be filed with the court. The role of Rule 29 in this whole process is also confusing at this point, if Docket 70 is read as in my possession by October 23, 2023 status is fixed on October 24, 2023, I have either received a response or not. My mail comes as late as 8:00 PM at night so even if they were mailed October 20, 2023 they may not be in my possession until 8:00 PM October 23, 2023 the courthouse would be closed to me for

filing a status report. Currently I am spending time filing this status report instead of researching the issues of my case. This status report is all I can advise the court under the October 23, 2023 deadline, it does serve as a second means of notification for Anchorage on my interpretation of Dockets 67 & 70 but otherwise does not advance my motion to compel, sequencing of events is very important to me in avoiding conflicting timelines.

Under court rules service is perfected by mail on the mailed on date, therefore if Anchorage mails their responses to me they are timely if mailed no later than October 23, 2023 and would presumably be received by me no later than October 26, 2023. If I were to mail a status report October 27 the court should receive it by November 1, 2023. That status would probably amount to if I received any response at all as opposed to the quality of the responses. Court fillings on status should allow mailing time unlike the fixed in time dates for filling opposition or reply to motions.

I respectfully request the court incorporate Local Rule 7.1(b)(3)(B)'s "date certain" into any future time extension orders with due consideration to appropriate response times if status is requested.

Dated October 10, 2023.   *Robert Anderson*
Robert Anderson, Pro Se

I, Robert Anderson certify that a copy of this paper filling was served, by MAIL delivery to Municipality of Anchorage Office of the Municipal Attorney at 632 West 6th Avenue (P.O. Box 196650), Anchorage, Ak. on 10/10, 2023.   Dated 10/10, 2023.   *Robert Anderson*
Robert Anderson, Pro Se

Mr. Robert P. Anderson
4908 Roger Dr
Anchorage, AK 99507

ALASKAN FRONTIER
995-997
10 OCT 2023 PM 1 L



United States District Court
Clerk's Office
222 W. 7th Avenue, #4/Suite 229
Anchorage, Alaska
99513-7564