Jason A. Thomas
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, )<br>)<br>Defendant. )<br>) | Case No. 3:21-cv-00139 JMK |

## CROSS-MOTION TO DISMISS

Comes Now, the Defendant, by and through the undersigned and hereby makes a motion to dismiss for lack of subject matter jurisdiction pursuant to Fed. Rule 12(b)(1) and the Tax Injunction Act, 28 USC § 1341. Pursuant to Local Rules Local Rules 5.1(f) and 7.1(e), the legal arguments submitted in opposition to the Plaintiff's Motion for Summary Judgment pertaining to the Tax Injunction Act, as filed in Doc. 81, are incorporated by reference.

Respectfully submitted this 21st day of February 2024.

                                        ANNE R. HELZER
                                        Municipal Attorney

                              By:   s/Jason A. Thomas
                                        Municipal Attorney's Office
                                        Assistant Municipal Attorney
                                        P.O. Box 196650
                                        Anchorage, Alaska 99519-6650
                                        Phone: (907) 343-4545
                                        Fax: (907) 343-4550
                                        E-mail: uslit@muni.org
                                        Alaska Bar No. 9411106

<u>Certificate of Service</u>
The undersigned hereby certifies that on <u>2/21/24</u> a true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office

Notice of Withdrawal
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 2 of 2