Jason A. Thomas
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON,<br><br>   Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>   Defendant. | Case No. 3:21-cv-00139 JMK |

## CROSS-MOTION FOR SUMMARY JUDGMENT

  Comes Now, the Defendant, by and through the undersigned and hereby makes a cross-motion for summary judgment pursuant to Fed. Civ. P. Rule 56. Pursuant to Local Rules Local Rules 5.1(f) and 7.1(e), the legal arguments submitted in opposition to the Plaintiff's Motion for Summary Judgment, as filed in Doc. 81, are incorporated by reference.

Respectfully submitted this 21st day of February 2024.

                                ANNE R. HELZER
                                Municipal Attorney

                        By:   s/Jason A. Thomas
                                Municipal Attorney's Office
                                Assistant Municipal Attorney
                                P.O. Box 196650
                                Anchorage, Alaska 99519-6650
                                Phone: (907) 343-4545
                                Fax: (907) 343-4550
                                E-mail: uslit@muni.org
                                Alaska Bar No. 9411106

<u>Certificate of Service</u>
The undersigned hereby certifies that on <u>2/21/24</u> a true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office

Notice of Withdrawal
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 2 of 2
Case 3:21-cv-00139-JMK   Document 83   Filed 02/21/24   Page 2 of 2