IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, )<br>)<br>Defendant. ) <br>) | Case No. 3:21-cv-00139 JMK |

**ORDER GRANTING JUDICIAL NOTICE**

Upon consideration of Defendant's request for this Court to take Judicial Notice, IT IS ORDERED that the Court shall take Judicial Notice of the Order Granting Summary Judgment from *Anderson v. State of Alaska,* Case No. 3AN-00-11687CI (Docket 81-1).

DATED this __ day of February 2024 at Anchorage, Alaska.

_____
Joshua M. Kindred
United States District Judge