Jason A. Thomas
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON,           ) | |
|          ) | |
|      Plaintiff,    ) | |
|          ) | |
| vs.          ) | |
|          ) | |
| MUNICIPALITY OF ANCHORAGE,  ) | |
|          ) | |
|      Defendant.    ) | Case No. 3:21-cv-00139 JMK |
|          ) | |

## SECOND REQUEST FOR JUDICIAL NOTICE

Comes Now, the Defendant, by and through the undersigned and hereby makes a request for the court to take judicial notice of the expanded record in *Anderson v. State of Alaska*, Case No. 3AN-00-11687CI [Doc. 88-1], pursuant to Fed. R. Evid. Rule 201 as an adjudicative fact.

Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R.

Evid. 201(b)(2). Court "may take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) (internal citations omitted); *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001).

WHEREFORE, the Defendant requests this court to take judicial notice of the expanded record in *Anderson v. State of Alaska*, Case No. 3AN-00-11687CI, [Doc. 88-1].

Respectfully submitted this 7th day of March 2024.

ANNE R. HELZER
Municipal Attorney

By:＿＿s/Jason A. Thomas＿＿＿＿＿＿＿＿
Municipal Attorney's Office
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 2005028

Certificate of Service
The undersigned hereby certifies that on 03/07/24 a
true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

Request for Judicial Notice
*Anderson, Robert v. MOA*; Case No. 3:21-cv-00139 JMK
Page 2 of 3

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office