# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MUNICIPALITY OF ANCHORAGE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:21-cv-00139 JMK |

## [PROPOSED] SECOND ORDER GRANTING JUDICIAL NOTICE

Upon consideration of Defendant's request for this Court to take Judicial Notice, IT IS ORDERED that the Court shall take Judicial Notice of the expanded record from *Anderson v. State of Alaska,* Case No. 3AN-00-11687CI (Docket 88-1).

DATED this __ day of March 2024 at Anchorage, Alaska.

_____
Joshua M. Kindred
United States District Judge