Charles J. Gunther
Deputy Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Email: uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, ) ) Plaintiff, ) ) vs. ) ) MUNICIPALITY OF ANCHORAGE, ) ) Defendant. ) ) | Case No. 3:21-cv-00139 JMK |

## NOTICE OF SERVICE OF DOCKET NO. 59

Pursuant to the Court's Order of March 22, 2024, at Docket No. 91, the defendant, Municipality of Anchorage, hereby gives notice of service of Docket No. 59 on Plaintiff, Mr. Anderson, by USPS on March 26, 2024 at:

>Robert Anderson
>4908 Roger Drive
>Anchorage, AK  99507

Respectfully submitted this 26th day of March 2024.

                ANNE R. HELZER
                Municipal Attorney

By: *s/ Charles J. Gunther*
       Municipal Attorney's Office
       Deputy Municipal Attorney
       P.O. Box 196650
       Anchorage, Alaska 99519-6650
       Phone: (907) 343-4545
       E-mail: uslit@muni.org
       Alaska Bar No. 9411106

Certificate of Service
The undersigned hereby certifies that on 03/26/24 a true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office