Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579

aktaxappeal@gmail.com



APR 01 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, )<br>)<br>Plaintiff, )<br>Pro Se )<br>)<br>v. )<br>)<br>MUNICIPALITY of ANCHORAGE, )<br>)<br>Defendant. )<br>_____ ) | Motion for Service of Court's<br>March 22, 2024 Order<br><br><br>Case No. 3:21-cv-00139-JMK |

## MOTION FOR SERVICE OF COURT'S MARCH 22, 2024 ORDER

I, Robert Anderson, representing myself without a lawyer, request the court provide it's March 22, 2024 Order to me.

On March 27, 2024 I received service on docket 92, a filling by Anchorage. The document indicates Anchorage was acting "Pursuant to the Court's Order of March 22, 2024, at Docket No. 91". I have not received a March 22, 2024 Court Order. The US Postal Service contemplates First-Class Mail delivery in 1–5 Business Days[1], I don't recall it taking more than

---

1 https://www.usps.com/ship/first-class-mail.htm (visited 2/29/2024)

3 days for me to receive local mail. It appears adequate time has passed for me to have received the court's March 22, 2024 order given my residence is only a few miles from the courthouse.

I respectfully request the court send or resend it's March 22, 2024 order in accordance with the court's non-electronic filer procedures.

Dated *MARCH 29*, 2024.    *Robert Anderson*
Robert Anderson, Pro Se

I, Robert Anderson certify that a copy of this paper filling was served, by *MAIL* delivery to Municipality of Anchorage Office of the Municipal Attorney at 632 West 6th Avenue (P.O. Box 196650), Anchorage, AK. on *March 29*, 2024.

Dated *march 29*, 2024.    *Robert Anderson*
Robert Anderson, Pro Se

Mr. Robert P. Anderson
4908 Roger Dr
Anchorage, AK 99507



ALASKAN FRONTIER
995-997
29 MAR 2024 PM 1 L

United States District Court
 Clerk's Office
222 W. 7th Avenue, #4/Suite 229
 Anchorage, Alaska 99513-7564

99513-758699