Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com



RECEIVED
JUN 17 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, ) <br> ) <br> Plaintiff, ) <br> Pro Se ) <br> ) <br> v. ) <br> ) <br> MUNICIPALITY of ANCHORAGE, ) <br> ) <br> Defendant. ) <br> _____ ) | Motion for Return <br> Local Civil Rule 79.2(c) <br><br><br> Case No. 3:21-cv-00139-JMK |

## MOTION FOR RETURN LOCAL CIVIL RULE 79.2(c)

I, Robert Anderson, representing myself without a lawyer, move the court for return my Docket 76 Motion for Summary Judgment filling papers (my request does not include electronic files) and any other filling in the custody of the clerk.

My request is timely, Local Rules are an important aspect of case management but the court's Docket 7 (July 14, 2021) did not direct the clerk to provide me a copy of the then current Local Rules (December 2020?). It would seem at a minimum the court would give an opportunity to obtain a copy of Local Rules from the clerk given the challenges a pro se litigant

faces when beginning a case.

The current Local Civil Rules for the District of Alaska Effective January 1, 2023 added management of papers in the custody of the clerk to local rules. It is unclear how the clerk handled paper's in their custody prior to January 1, 2023 or how they handle such matters now, the Local Rules use of "may" allows discretion.

Anchorage's Docket 81, 82 & 83 Cross Motions include Local Rules components. I was able to locate the Local Civil Rules for the District of Alaska Effective January 1, 2023 in researching Anchorage's motions.

My Motion for Summary Judgment is of great significance to me as a historical document. The court will decide my Motion for Summary Judgment on the merits, *Fair Housing Council of Riverside v. Riverside Two*, 249 F.3d 1132, 1136 ( 9th Cir. 2001).

I respectfully request the court allow the clerk to return my paper filling still in their custody to me in lieu of disposal in a sanitary landfill or otherwise. I will make arrangements with the clerk to pickup papers in their custody upon a grant of this motion.

Dated JUNE 17, 2024.     Robert Anderson
                          Robert Anderson, Pro Se

I, Robert Anderson certify that a copy of this paper filling was served, by HAND delivery to Municipality of Anchorage Office of the Municipal Attorney at 632 West 6th Avenue (P.O. Box 196650), Anchorage, AK. on JUNE 17, 2024.

Dated June 17, 2024.     Robert Anderson
                          Robert Anderson, Pro Se