# UNITED STATES DISTRICT COURT
for the
District of Alaska

| ROBERT ANDERSON | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-00139-JMK |
| MUNICIPALITY OF ANCHORAGE | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT due to lack of jurisdiction, this matter is dismissed.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

Date: July 5, 2024

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*