Robert Anderson
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com



JUL 19 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON, ) | |
| ) | |
| Plaintiff, ) | Motion to Stay Destruction |
| Pro Se ) | of Local Civil Rule 79 Original |
| ) | Filings |
| v. ) | |
| ) | |
| MUNICIPALITY of ANCHORAGE, ) | Case No. 3:21-cv-00139-SLG |
| ) | |
| Defendant. ) | |
| ) | |

**Motion to Stay Destruction of Local Civil Rule 79 Original Filings**

I, Robert Anderson, representing myself without a lawyer, move the court to preserve my original court filings.

The Federal Rules of Appellate Procedure 9th Circuit Rule 10-2 CONTENTS OF THE RECORD ON APPEAL Pursuant to FRAP 10(a), the complete record on appeal consists of:

> (b) the district court clerk's record of original pleadings, exhibits
> and other papers filed with the district court ("clerk's record").

I am filing an appeal in my case. My original filing are a part of the complete record, also

see attached 9th Circuit correspondence email exhibit.

I respectfully request the court preserve the contents of my filings consistent with Federal Rules of Appellate Procedure.

Dated July 19, 2024.   *Robert Anderson*
                      Robert Anderson, Pro Se

I, Robert Anderson certify that a copy of this paper filling was served, by HAND delivery to Municipality of Anchorage Office of the Municipal Attorney at 632 West 6th Avenue (P.O. Box 196650), Anchorage, AK. on 7/19, 2024.

Dated July 19, 2024.   *Robert Anderson*
                      Robert Anderson, Pro Se

Anderson v Municipality of Anchorage                                    Case No. 3:21-cv-00139-SLG
Motion to Stay Destruction of Local Civil Rule 79 original filings                Page 2

Case 3:21-cv-00139-SLG   Document 100   Filed 07/19/24   Page 2 of 2