

Tax Payer <aktaxappeal@gmail.com>

## Alaska District Court Record on Appeal
2 messages

**Tax Payer** <aktaxappeal@gmail.com>  
To: Questions@ca9.uscourts.gov

Tue, Jul 16, 2024 at 2:55 AM

I intend to file an appeal shortly in my Alaska District Case 3:21-cv-00139, Anderson v Municipality of Anchorage. The Alaska District has a local Rule 79 whereby the clerk's office appears to destroy my filings after 180 days. See Docket 98 of my case.

FRAP 10 (a)(1) says original papers and exhibits filed in district court are part of the record on appeal. Alaska District local Rule 79 appears in conflict with this requirement. At a minimum if some discrepancy or question occurs in the electronic record my original filings might resolve the matter.

I will take possession of my filings before I let them be destroyed but based on FRAP 10 it appears to me the district court should maintain custody at least until final resolution of my case.

Should my filings go to the National Archives is a separate question, obviously if they are destroyed after the case is finally and completely closed they would never make it to the National Archives.

I would like to resolve the issue of what constitutes 9th Circuit record on appeal so I know if I should retrieve my fillings under my case's Docket 98 notice.

Thank You for consideration,  
Robert Anderson

---

**Questions CA09Operation** <questions@ca9.uscourts.gov>  
To: Tax Payer <aktaxappeal@gmail.com>

Tue, Jul 16, 2024 at 7:11 AM

Hello,

Please see Ninth Circuit Rule 10-2 for the definition of what constitutes the record on appeal.

Thank you.

## CIRCUIT RULE 10-2. CONTENTS OF THE RECORD ON APPEAL

Pursuant to FRAP 10(a), the complete record on appeal consists of:

(a) the official transcript of oral proceedings before the district court ("transcript"), if there is one; and

(b) the district court clerk's record of original pleadings, exhibits and other papers filed with the district court ("clerk's record").

EX. 1 P. 1

From: Tax Payer <aktaxappeal@gmail.com>
Sent: Tuesday, July 16, 2024 3:55 AM
To: Questions CA09Operation <questions@ca9.uscourts.gov>
Subject: Alaska District Court Record on Appeal

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Ex.1 p.2