

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Alaska

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:21-cv-00139 SLG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/04/2021

Date of judgment or order you are appealing: 07/06/2024

Docket entry number of judgment or order you are appealing: 97

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Robert Anderson

Is this a cross-appeal? ○ Yes ⦿ No
If yes, what is the first appeal case number?
Was there a previous appeal in this case? ⦿ Yes ○ No
If yes, what is the prior appeal case number? 22-35570

Your mailing address (if pro se):
4908 Roger Drive

City: Anchorage   State: Ak   Zip Code: 99507

Prisoner Inmate or A Number (if applicable):

Signature: *Robert Anderson*   Date: July 19, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1    Rev. 06/09/2022