# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Robert Anderson

Name(s) of counsel (if any):

Address: 4908 Roger Drive, Anchorage, Alaska 99507

Telephone number(s): (907) 223-1579

Email(s): aktaxappeal@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Municipality of Anchorage

Name(s) of counsel (if any):
Jason Anthony Thomas

Address: Municipality of Anchorage, P.O. Box 196650, Anchorage, AK 99519

Telephone number(s): (907) 343-4545

Email(s): uslit@muni.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov