# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>    Defendant. | Case No. 3:21-cv-00139-SLG |

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STAY DESTRUCTION OF ORIGINAL FILINGS

At Docket 100, Plaintiff, Robert Anderson, a self-represented litigant, moves the Court to "Stay Destruction of Local Civil Rule 79 Original Filings." Mr. Anderson concurrently appealed this matter to the Ninth Circuit Court of Appeals.

Pursuant to Ninth Circuit Rule 10-2, the contents of the Record on Appeal consists of "(b) the district court clerk's record of original pleadings, exhibits and other papers filed with the district court." As such, Mr. Anderson's request that "the court preserve the contents of my filings" is moot.

The Court notes, however, that pursuant to Local Civil Rule 79.2(2)(A), "the conventionally filed thumb drive at Docket 76 was returned to Mr. Anderson" by the Clerk on July 8, 2024," and is no longer part of the Court's official record.

DATED this 2nd day of August 2024, at Anchorage, Alaska.

                 _/s/ Sharon L. Gleason_
                 SHARON L. GLEASON
                 UNITED STATES DISTRICT JUDGE