Joseph F. Busa
Deputy Municipal Attorney, Solicitor General
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Defendant
 Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ROBERT ANDERSON )<br><br>Plaintiff, )<br><br>vs. )<br><br>MUNICIPALITY OF ANCHORAGE, )<br><br>Defendant. )<br>_____ ) | <br><br><br><br><br><br>Case No. 3:21-cv-00139 JMK |

**ENTRY OF APPEARANCE**

The Municipal Attorney's Office, by and through Deputy Municipal Attorney Joseph F. Busa, hereby enters appearance as counsel of record on behalf of defendant Municipality of Anchorage, and requests that all future correspondence and documents pertaining to this action be served via CM/ECF, or if service is not possible by those means, forwarded by mail and/or emailed to:

> Joseph F. Busa
> Deputy Municipal Attorney
> Department of Law – Civil Division
> P.O. Box 196650
> Anchorage, AK 99519-6650

Email: uslit@muni.org<br>
joseph.busa@anchorageak.gov

Respectfully submitted this 2d day of June, 2026.

EVA R. GARDNER
Municipal Attorney

By:   */s Joseph Busa*
      Joseph F. Busa
      Deputy Municipal Attorney
      Municipal Attorney's Office
      P.O. Box 196650
      Anchorage, Alaska 99519-6650
      Phone: (907) 343-4545
      Fax: (907) 343-4550
      E-mail: uslit@muni.org
      Alaska Bar No. 2005030

Certificate of Service
The undersigned hereby certifies that on 6/2/2026, a
true and correct copy of the foregoing was served on:

Robert Anderson
4908 Roger Drive
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office