UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| ROBERT ANDERSON,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>    Defendant - Appellee. | No. 24-4503<br><br>D.C. No.<br>3:21-cv-00139-SLG<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: RAWLINSON, H.A. THOMAS, and MENDOZA, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing and the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40. The petition for panel rehearing and the petition for rehearing en banc, Dkt. No. 27, are **DENIED**.