UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT ANDERSON,

      Plaintiff - Appellant,

  v.

MUNICIPALITY OF ANCHORAGE,

      Defendant - Appellee.

No. 24-4503

D.C. No.
3:21-cv-00139-SLG

District of Alaska,
Anchorage

MANDATE

The judgment of this Court, entered June 01, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

  Costs are taxed against the Appellant, Robert Anderson, in the amount of

$56.80.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT