# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ROBERT ANDERSON,

        Plaintiff,

    v.

MUNICIPALITY OF ANCHORAGE,

        Defendant.

Case No. 3:21-cv-00139-SLG

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 1, 2026, the Ninth Circuit Court of Appeals issued a Memorandum Disposition of Plaintiff Robert Anderson's appeal.[1] The Circuit Court's Mandate issued on July 10, 2026.[2]

In its Memorandum Disposition, the Circuit Court held that "the Tax Injunction Act (the "Act") deprived the district court of subject matter jurisdiction over Anderson's action in its entirety" and "vacate[d] the district court's initial dismissal of Anderson's claims for failure to state a claim."[3] The Circuit Court directed this Court "to dismiss the action without prejudice for lack of subject matter jurisdiction" on remand.[4]

---

[1] Docket 106.

[2] Docket 108.

[3] Docket 106 at 2, 5.

[4] Docket 106 at 5 (citing Fed. R. Civ. P. 12(b)(1), (h)(3)).

In light of the foregoing, IT IS HEREBY ORDERED that the Order at Docket 16 is VACATED and all Plaintiff's claims in this case are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. The Clerk of Court shall enter an Amended Judgment accordingly.

DATED this 24th day of July, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE