# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| ROBERT ANDERSON | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-00139-SLG |
| | ) |
| MUNICIPALITY OF ANCHORAGE | ) |
| *Defendant* | ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed without prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: July 24, 2026

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court